**ALICE CAMPOS MERCADO, ESQ.**
Nevada Bar No. 4555
**DANE A. LITTLEFIELD, ESQ.**
Nevada Bar No. 14080
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net; dal@lge.net

*Attorneys for Plaintiff*
*Stacey Hudson, M.D.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STACEY HUDSON, M.D., DOING BUSINESS AS ADVANCEDENT SINUS CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> AETNA NETWORK SERVICES, LLC, A CONNECTICUT LIMITED LIABILITY COMPANY; ROE ENTITIES I-X; AND DOE INDIVIDUALS I-X, <br><br> Defendants. | CASE NO. 3:21-CV-00446-MMD-CLB <br><br> **STIPULATION TO EXTEND TIME FOR BRIEFING ON DEFENDANT'S MOTION TO DISMISS AND ORDER THEREON** <br><br> (FIRST REQUEST) |

Pursuant to Local Rule IA 6-1, Plaintiff STACEY HUDSON, M.D., and Defendant AETNA NETWORK SERVICES, LLC, through their respective undersigned counsel, hereby stipulate and respectfully request that the Court grant the parties' stipulation to extend the deadline for Plaintiff to file his response to *Defendant Aetna Network Services, LLC's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6)* [ECF No. 7], from December 17, 2021 to December 30, 2021.

The parties further stipulate and respectfully request that the Court grant the parties' stipulation to extend the deadline for Defendant to file its reply in support of its Motion to Dismiss to January 20, 2022.

This is the parties' first request to modify the briefing schedule on Defendant's Motion to Dismiss.

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

1

Good cause exists to extend the deadline as the parties are evaluating the informal resolution of this matter and/or potential resolution through arbitration.

Accordingly, the Parties stipulate and request the Court to grant a two-week extension, to December 30, 2021, for Plaintiff to file his response to Defendant's Motion to Dismiss, and grant Defendant an extension to January 20, 2022 to file its reply.

This stipulation is submitted in good faith and for good cause and is not made for the purpose of delay or any other improper purpose.

**IT IS SO STIPULATED.**

DATED:  December 15, 2021

**LEMONS, GRUNDY & EISENBERG**

BY:  /s/ *Alice Campos Mercado*
    ALICE CAMPOS MERCADO (4555)
    DANE A. LITTLEFIELD (14080)

*Attorneys for Plaintiff
Stacey Hudson, M.D.*

DATED: December 15, 2021

**FOX ROTHSCHILD LLP**

BY: /s/ *Mark J. Connot*
    MARK J. CONNOT (10010)

*Attorneys for Defendant
Aetna Network Services, LLC*

# O R D E R

**IT IS SO ORDERED**.

DATED: December 15, 2021

_____
HON. MIRANDA DU
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

2